IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Southern Division
Civil Action No.: 7:17-cv-22

| | |
|---|---|
| CARLENE R. BRANNON<br>f/k/a Carlene R. Houle<br><br>Plaintiff,<br><br>V.<br><br>JAMES L. AVINGER & STAN KOCH &<br>SONS TRUCKING, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) **ORDER TO REMAND** |

Plaintiff and Defendants having moved to remand this action to the Superior Court of Pender County, North Carolina, pursuant to 28 U.S.C. §§ 1332 and 1447, and the Court finding that the action does not involve complete diversity of citizenship, this Court finds that the motion should be allowed;

IT IS THEREBY ORDERED that the joint motion for remand be granted, and further that this action be remanded to the Superior Court for the County of Pender, State of North Carolina, with the parties to bear their own costs.

This the ___1___ day of March, 2017.

_____Dever_____
UNITED STATES DISTRICT COURT JUDGE
FOR THE EASTERN DISTRICT OF NORTH CAROLINA